# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 20-5329** | **September Term, 2020** |
| | 1:19-mc-00145-TSC |
| | Filed On: November 18, 2020 [1871888] |

In re: In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

    Appellants

    v.

William P. Barr, Attorney General, et al.,

    Appellees

## M A N D A T E

In accordance with the order of November 18, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Laura M. Chipley
Deputy Clerk

Link to the order filed November 18, 2020.